Daniel Pleas LANE, Appellant,

v.

Velma Robinette LANE, Respondent.

No. WD 40977.

Missouri Court of Appeals, Western District.

May 30, 1989.

John Chick, Jr., Kansas City, for appellant.

Sandra Ferguson, North Kansas City, for respondent.

Before BERREY, P.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from an order of dissolution awarding custody of children to wife and directing husband to pay wife's attorney's fees and the marital debt.

Affirmed. Rule 84.16(b).